IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
KALISPELL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON BOWMAN,<br>DANA BAESE,<br>DOMINGO PALAFOX,<br>ERICA LASALL,<br>GORDON BRAAE,<br>JAMES BORGMANN,<br>JAZZE GILLES,<br>JOHN BOOTHMAN,<br>MICHAEL BEACH,<br>MINDAUGAS AUSTINSKAS,<br>VANESSA LOVIN,<br>ELIABETH MORRISON,<br>RUSSEL DANIELS,<br><br>CHARLES CAMPBELL,<br><br>Defendants. | ORDER DISMISSING CITATIONS AND QUASHING WARRANTS<br><br>VIOLATION NOS. AND LOCATION CODES:<br><br>FBGB00IY, FBGB0020, FBGB00IZ<br>F5362307    F53622408<br>9393026<br>FAEC004F, FAEC004D<br>FAJI0030, FAJI0031<br>F5226903<br>F4873153<br>F5226904, FCDS000Y<br>F5362306<br>9393028, 9393027<br>F5163793<br>FAJD004Q, FAJD004S, FAJD004P, FAJD004R<br>FAJD004M |

Upon motion of the United States and for good cause shown, **IT IS ORDERED** that the above violations are **DISMISSED** pursuant to Fed. R. Crim. P. 48(a), and the warrants are **QUASHED.**

DATED this ___ day of March, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge

JENNIFER S. CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
101 East Front Street, Suite 401
Missoula, MT 59801
P.O. Box 8329
Missoula, MT 59807
Phone: (406) 542-8851
FAX: (406) 542-1476
E-Mail: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# KALISPELL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. AARON BOWMAN, DANA BAESE, DOMINGO PALAFOX, ERICA LASALL, GORDON BRAAE, JAMES BORGMANN, JAZZE GILLES, JOHN BOOTHMAN, MICHAEL BEACH, MINDAUGAS AUSTINSKAS, VANESSA LOVIN, ELIABETH MORRISON, RUSSEL DANIELS, CHARLES CAMPBELL, Defendants. | GLOBAL MOTION TO DISMISS CITATIONS AND QUASH WARRANTS<br><br>VIOLATION NOS.<br>FBGB0040<br>FBGB001Y, FBGB0020, FBGB001Z<br>F5362307<br>9393026<br>FAEC004F, FAEC004D<br>FAJI0030, FAJI0031<br>F5226903<br>F4873153<br>F5226904, FCDS000Y<br>F5362306<br>9393028, 9393027<br>F5163793<br>FAJD004Q, FAJD004S, FAJD004P, FAJD004R<br>FAJD004M |
|---|---|

The United States, by and through Jennifer S. Clark, Assistant United States Attorney for the District of Montana, hereby moves the court to dismiss the above violation citations pursuant to Fed. R. Crim. P. 48(a), and quash the warrants for arrest.

DATED this 1ST day of March, 2023.

>JESSE A. LASLOVICH
>United States Attorney
>
>
>  */s/ Jennifer S. Clark*
>JENNIFER S. CLARK
>Assistant U.S. Attorney